| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Shaun Floyd Dove<br>2323 E Sycamore Street<br>Anaheim, CA 92806<br><br>714-833-7300<br><br><br>[X] *Debtor(s) appearing without an attorney*<br>[ ] *Attorney for Debtor(s)* | FOR COURT USE ONLY<br><br>**FILED**<br>JAN 04 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\*** ||
| In re:<br>Shaun Floyd Dove | CASE NO.: 8:21-bk-12941-TA<br>CHAPTER: 13 |
| Debtor(s). | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. [X] I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    [X] **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    [ ] **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 01/02/2022    Shaun Floyd Dove                                   _____
                    Printed name of Debtor 1                              Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015 | Page 1 | F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer**. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.


Date: _____   _____   _____
                          Printed name of Debtor 2              Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 2     F 1002-1.EMP.INCOME.DEC

Anaheim Arena Management, LLC    2695 East Katella Ave Anaheim, CA 92806    (714) 704-2400

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shaun Dove | Anaheim Arena Management, LLC | 906430 | 09/27/2021 | 10/10/2021 | 10/14/2021 | |

| | Hours Worked | Gross Pay | Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 3.25 | 55.25 | 0.00 | 4.89 | 0.00 | 50.36 |
| YTD | 3.25 | 55.25 | 0.00 | 4.89 | 0.00 | 50.36 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 10/05/2021 - 10/10/2021 | 3.25 | 17 | 55.25 | 55.25 |
| Earnings | | | | 55.25 | 55.25 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 3.43 | 3.43 |
| Medicare | 0.80 | 0.80 |
| CA SDI - CASDI | 0.66 | 0.66 |
| Employee Taxes | 4.89 | 4.89 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 55.25 | 55.25 |
| Medicare - Taxable Wages | 55.25 | 55.25 |
| Federal Withholding - Taxable Wages | 55.25 | 55.25 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| COVID Suppl Sick Leave | 0 | 0 | 0 |
| COVID Suppl Sick Leave (Variable) | 0 | 0 | 0 |
| Sick Time Off Plan | 24 | 0 | 24 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Bank of America | Trojanfan22 | ******0298 | | 50.36 | USD |

Anaheim Arena Management, LLC    2695 East Katella Ave Anaheim, CA 92806    (714) 704-2400

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shaun Dove | Anaheim Arena Management, LLC | 906430 | 10/11/2021 | 10/24/2021 | 10/28/2021 | |

| | Hours Worked | Gross Pay | Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 2.58 | 43.86 | 0.00 | 3.88 | 0.00 | 39.98 |
| YTD | 5.83 | 99.11 | 0.00 | 8.77 | 0.00 | 90.34 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 10/18/2021 - 10/24/2021 | 2.58 | 17 | 43.86 | 99.11 |
| Earnings | | | | 43.86 | 99.11 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 2.71 | 6.14 |
| Medicare | 0.64 | 1.44 |
| CA SDI - CASDI | 0.53 | 1.19 |
| Employee Taxes | 3.88 | 8.77 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 43.86 | 99.11 |
| Medicare - Taxable Wages | 43.86 | 99.11 |
| Federal Withholding - Taxable Wages | 43.86 | 99.11 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick Time Off Plan | 0 | 0 | 24 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank of America | Trojanfan22 | ******0298 | | 39.98 USD |

Anaheim Arena Management, LLC    2695 East Katella Ave Anaheim, CA 92806    (714) 704-2400

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shaun Dove | Anaheim Arena Management, LLC | 906430 | 10/25/2021 | 11/07/2021 | 11/10/2021 | |

| | Hours Worked | Gross Pay | Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 10.25 | 174.25 | 0.00 | 15.42 | 0.00 | 158.83 |
| YTD | 16.08 | 273.36 | 0.00 | 24.19 | 0.00 | 249.17 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 10/25/2021 - 11/07/2021 | 10.25 | 17 | 174.25 | 273.36 |
| Earnings | | | | 174.25 | 273.36 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 10.81 | 16.95 |
| Medicare | 2.52 | 3.96 |
| CA SDI - CASDI | 2.09 | 3.28 |
| Employee Taxes | 15.42 | 24.19 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 174.25 | 273.36 |
| Medicare - Taxable Wages | 174.25 | 273.36 |
| Federal Withholding - Taxable Wages | 174.25 | 273.36 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick Time Off Plan | 0 | 0 | 24 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank of America | Trojanfan22 | ******0298 | | 158.83  USD |

Anaheim Arena Management, LLC    2695 East Katella Ave Anaheim, CA 92806    (714) 704-2400

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Shaun Dove | Anaheim Arena Management, LLC | | 906430 | 11/08/2021 | 11/21/2021 | 11/24/2021 | |

| | Hours Worked | Gross Pay | Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 20.76 | 352.92 | 0.00 | 31.24 | 0.00 | 321.68 |
| YTD | 36.84 | 626.28 | 0.00 | 55.43 | 0.00 | 570.85 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Regular | 11/08/2021 - 11/21/2021 | 20.76 | 17 | 352.92 | 626.28 | OASDI | 21.88 | 38.83 |
| | | | | | | Medicare | 5.12 | 9.08 |
| | | | | | | CA SDI - CASDI | 4.24 | 7.52 |
| Earnings | | | | 352.92 | 626.28 | Employee Taxes | 31.24 | 55.43 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 352.92 | 626.28 |
| Medicare - Taxable Wages | 352.92 | 626.28 |
| Federal Withholding - Taxable Wages | 352.92 | 626.28 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | Head of Household | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Sick Time Off Plan | 0 | 0 | 24 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Bank of America | Trojanfan22 | ******0298 | | 321.68 USD |

**Anaheim Arena Management, LLC**  2695 East Katella Ave Anaheim, CA 92806  (714) 704-2400

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shaun Dove | Anaheim Arena Management, LLC | 906430 | 11/22/2021 | 12/05/2021 | 12/09/2021 | |

| | Hours Worked | Gross Pay | Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 21.04 | 357.68 | 0.00 | 31.66 | 0.00 | 326.02 |
| YTD | 57.88 | 983.96 | 0.00 | 87.09 | 0.00 | 896.87 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 11/22/2021 - 12/05/2021 | 21.04 | 17 | 357.68 | 983.96 |
| Earnings | | | | 357.68 | 983.96 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 22.18 | 61.01 |
| Medicare | 5.19 | 14.27 |
| CA SDI - CASDI | 4.29 | 11.81 |
| Employee Taxes | 31.66 | 87.09 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 357.68 | 983.96 |
| Medicare - Taxable Wages | 357.68 | 983.96 |
| Federal Withholding - Taxable Wages | 357.68 | 983.96 |

| | Federal | State | |
|---|---|---|---|
| Marital Status | Head of Household | Head of Household | |
| Allowances | 0 | 0 | |
| Additional Withholding | 0 | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick Time Off Plan | 0 | 0 | 24 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Bank of America | Trojanfan22 | ******0298 | | 326.02 | USD |

Anaheim Arena Management, LLC  2695 East Katella Ave Anaheim, CA 92806  (714) 704-2400

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Shaun Dove | Anaheim Arena Management, LLC | 906430 | 12/06/2021 | 12/19/2021 | 12/23/2021 | |

| | Hours Worked | Gross Pay | Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 55.15 | 1,016.52 | 0.00 | 89.96 | 0.00 | 926.56 |
| YTD | 113.03 | 2,000.48 | 0.00 | 177.05 | 0.00 | 1,823.43 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 12/06/2021 - 12/19/2021 | 49.86 | 17 | 847.62 | 1,831.58 |
| Meal Premium | 12/06/2021 - 12/19/2021 | 2 | 17 | 34.00 | 34.00 |
| Overtime | 12/06/2021 - 12/12/2021 | 5.29 | 25.5 | 134.90 | 134.90 |
| Earnings | | | | 1,016.52 | 2,000.48 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 63.02 | 124.03 |
| Medicare | 14.74 | 29.01 |
| CA SDI - CASDI | 12.20 | 24.01 |
| Employee Taxes | 89.96 | 177.05 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,016.52 | 2,000.48 |
| Medicare - Taxable Wages | 1,016.52 | 2,000.48 |
| Federal Withholding - Taxable Wages | 1,016.52 | 2,000.48 |

| | Federal | State | |
|---|---|---|---|
| Marital Status | Head of Household | Head of Household | |
| Allowances | 0 | 0 | |
| Additional Withholding | 0 | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick Time Off Plan | 0 | 0 | 24 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Bank of America | Trojanfan22 | ******0298 | | 926.56 | USD |

Sent from my iPhone